UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-59-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **GREGORY CLIFTON HOOKS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on a letter submitted to this Court, in which a family member of defendant is requesting that Defendant be released from custody because of the COVID-19 pandemic. Under 18 U.S.C. § 3582, if Defendant wishes to be considered for compassionate release, he may file a motion on his own behalf or through counsel after exhausting available administrative remedies. The Court cannot act, however, on a motion from a non-party.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Letter Motion for Compassionate Release/Reduction of Sentence, filed by a non-party, (Doc. No. 26), is **DENIED**.

Signed: July 22, 2020

*[signature]*
Max O. Cogburn Jr
United States District Judge